```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 08174
   ROBERT H BOOKER
   TOMMIE D HERNANDEZ                           CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-3165     SSN XXX-XX-2558

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/04/2008 and was confirmed 06/05/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/09/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
US BANK NATIONAL           NOTICE ONLY    NOT FILED              .00            .00
RESCAP MORTGAGE            CURRENT MORTG        .00              .00            .00
RESCAP MORTGAGE            MORTGAGE ARRE   15861.22              .00            .00
ALLIED CREDIT CO           UNSECURED      NOT FILED              .00            .00
CAPITAL ONE                UNSECURED      NOT FILED              .00            .00
ECAST SETTLEMENT           UNSECURED        1605.49              .00            .00
ECAST SETTLEMENT           UNSECURED        1045.73              .00            .00
ECAST SETTLEMENT           UNSECURED         622.79              .00            .00
CITY OF CHICAGO PARKING    UNSECURED        1435.00              .00            .00
COMMONWEALTH EDISON        UNSECURED         484.24              .00            .00
CREDIT PROTECTION          UNSECURED      NOT FILED              .00            .00
DIVERSIFIED CONSULTANTS    UNSECURED      NOT FILED              .00            .00
SPIRIT OF AMERICA NATION   UNSECURED         176.73              .00            .00
PREMIER BANKCARD           UNSECURED         497.90              .00            .00
HSBC BANK NEVADA NA        UNSECURED         603.98              .00            .00
KCA FINANCIAL SERVICES     UNSECURED      NOT FILED              .00            .00
MEDICAL COLLECTIONS SYS    UNSECURED      NOT FILED              .00            .00
NICOR GAS                  UNSECURED         576.36              .00            .00
RMI/MCSI                   UNSECURED         400.00              .00            .00
RMI/MCSI                   UNSECURED      NOT FILED              .00            .00
COLUMBUS BANK & TRUST      UNSECURED      NOT FILED              .00            .00
WEST ASSET MANAGEMENT      UNSECURED      NOT FILED              .00            .00
ASSET ACCEPTANCE CORP      UNSECURED          63.04              .00            .00
T-MOBILE USA               UNSECURED         433.04              .00            .00
HOLLYWOOD VIDEO            UNSECURED      NOT FILED              .00            .00
ILLINOIS DEPARTMENT OF E   UNSECURED         750.00              .00            .00
T-MOBILE USA               UNSECURED         100.53              .00            .00
SPRINT-NEXTEL CORP         UNSECURED         853.04              .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,474.00                         1,209.50
TOM VAUGHN                 TRUSTEE                                            103.00
DEBTOR REFUND              REFUND                                               .00


                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 08174 ROBERT H BOOKER & TOMMIE D HERNANDEZ
```

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 1,312.50 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,209.50 |
| TRUSTEE COMPENSATION | | 103.00 |
| DEBTOR REFUND | | .00 |
| TOTALS | 1,312.50 | 1,312.50 |

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE